

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bryan White, Appellant

No. 06-18-00205-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 18-F-0349-102). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

     As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that (1) the correct amount of court costs is $264.00, (2) White was convicted of aggravated assault against a security officer, and (3) the proper statute of offense is Section 22.02(b)(2)(D) of the Texas Penal Code. As modified, we affirm the trial court's judgment.

     We note that the appellant, Bryan White, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 31, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk